**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| GLENN THEOBOLD & GINA REIS THEOBALD ON BEHALF OF THEIR MINOR CHILD, LAUREN THEOBOLD, <br><br> Plaintiff, <br><br> vs. <br><br> THE ROMAN CATHOLIC ARCHDIOCESE OF NEW ORLEANS, ARCHBISHOP HANNAN HIGH SCHOOL, REBECCA HOLIDAY LAMBERT, AND AMANDA LASSUS, <br><br> Defendants. | CIVIL ACTION NO.: 20-1695 <br><br> JUDGE GREG G. GUIDRY <br><br> MAGISTRATE JUDGE KAREN WELLS ROBY |

**STATUS REPORT REGARDING BANKRUPTCY OF DEFENDANT,
THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

Pursuant to this Court's Order (R. Doc. 8), Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**"), through undersigned counsel, hereby alerts the Court to the status of its bankruptcy case.

1.

On May 1, 2020, the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**").  The Archdiocese's bankruptcy case is designated as *In re The Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846 (the "**Chapter 11 Case**").

2.

The deadline for filing sexual abuse proofs of claim against the Debtor expired on March 1, 2021, at 5:00 p.m. CST.  [Bankruptcy Court, ECF No. 461].

{N4183232.1}

3.

The Debtor and the Official Committee of Unsecured Creditor (the "**Committee**") are in the process of reviewing and investigating claims.[1]

4.

The Debtor intends to negotiate with the Committee and the Commercial Committee (collectively, the "**Committees**") about potential plans of reorganization to consensually resolve the Chapter 11 Case.

5.

On February 23, 2021, the Debtor filed a motion in the Bankruptcy Court, seeking an extension for a period of 120 days, from March 1, 2021, to and including June 29, 2021, of the period under section 1121(b) of the Bankruptcy Code during which the Debtor has the exclusive right to file a chapter 11 plan of reorganization (the "**Motion**").  [Bankruptcy Court, ECF No. 762]. A telephonic hearing on the Motion will be conducted on March 18, 2021, at 1:30 p.m. CST. [Bankruptcy Court, ECF No. 763].

[*Signature Page Follows*]

---

[1] On February 8, 2021, the Bankruptcy Court ordered the Office of the United States Trustee to appoint an additional committee of commercial unsecured creditors (the "**Commercial Committee**"). [Bankruptcy Court, ECF Nos. 745 & 746].  The Commercial Committee has yet to be appointed.

{N4183232.1}                                                2

Respectfully submitted,

*/s/ Michael L. DeShazo*_____
Michael L. DeShazo (#29833)
Christine W. Adams (#34414)
KINNEY, ELLINGHAUSEN & DESHAZO
1250 Poydras Street, Suite 2450
New Orleans, Louisiana  70113
Telephone:     504-524-0206
Fax:               504-525-6216
Email:           mdeshazo@kinneylaw.com
                     cadams@kinneylaw.com

**Attorneys for Defendants, The Roman Catholic Church of the Archdiocese of New Orleans, Rebecca Lambert, and Amanda Lassus**


## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of March 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Michael L. DeShazo*
Michael L. DeShazo

{N4183232.1}                                        3