## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN THEOBOLD & GINA REIS THEOBALD ON BEHALF OF THEIR MINOR CHILD, LAUREN THEOBOLD,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHDIOCESE OF NEW ORLEANS, ARCHBISHOP HANNAN HIGH SCHOOL, REBECCA HOLIDAY LAMBERT, AND AMANDA LASSUS,<br><br>Defendants. | CIVIL ACTION NO.: 20-1695<br><br>JUDGE GREG G. GUIDRY<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## SECOND STATUS REPORT REGARDING BANKRUPTCY OF DEFENDANT, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

Pursuant to this Court's Order [R. Doc. 8], Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**"), through undersigned counsel, hereby submits the following update regarding the status of its bankruptcy case:

1.

As detailed in the Archdiocese's first Status Report submitted on March 4, 2021 [R. Doc. 9], the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") on May 1, 2020. *See In re The Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846 (Bankr. E.D. La.) (the "**Chapter 11 Case**").

1

2.

On March 5, 2021, the Office of the United States Trustee (the "**UST**") appointed the Official Committee of Unsecured Commercial Creditors (the "**Commercial Committee**"). [Bankruptcy Court, ECF Nos. 772 and 792]. By order dated May 20, 2021 [Bankruptcy Court, ECF No. 874], the Bankruptcy Court approved the Application to Employ Stewart Robbins Brown & Altazan, LLC as Counsel to the Commercial Committee [Bankruptcy Court, ECF No. 817].

3.

On March 12, 2021, the Bankruptcy Court entered an order [Bankruptcy Court, ECF No. 778] that granted the Debtor's second motion to extend its exclusivity periods for filing and soliciting acceptances of a chapter 11 plan [Bankruptcy Court, ECF No. 762]. The order extended the period during which the Debtor has the exclusive right to file a chapter 11 plan to and including June 29, 2021, while it expanded the period during which the Debtor has the exclusive right to obtain acceptances of a chapter 11 plan to and including August 30, 2021.

4.

On March 25, 2021, the Official Committee of Unsecured Creditors (the "**Original Committee**" or "**Tort Committee**") filed a motion to compel the Debtor's production of documents responsive to certain requests under Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Motion to Compel**") [Bankruptcy Court, ECF No. 804]. In satisfaction of the Motion to Compel, the Debtor has produced or agreed to produce: (1) copies of its financial databases; and (2) abuse-claim related documents and information regarding insurance and past settlements. The Debtor and the Tort Committee continue to engage in good-faith discussions regarding the status of the Debtor's production, and the Bankruptcy Court has continued the matter to June 17, 2021 at 1:30 p.m. [Bankruptcy Court, ECF No. 879].

5.

Upon the Joint Motion of the Debtor and the Tort Committee [Bankruptcy Court, ECF No. 864], the Bankruptcy Court entered a Supplemental and Amended Protective Order on May 24, 2021 [Bankruptcy Court, ECF No. 885].

6.

On May 27, 2021, the Debtor filed its *Motion for Entry of Orders: (I) Approving Bidding Procedures and Stalking Horse Protections, and (II) Authorizing the Sale of Immovable Property* (the "**Bid Procedures and Sale Motion**") [Bankruptcy Court, ECF No. 889] in connection with a proposed sale of property located at 4119 St. Elizabeth Drive, Kenner, Louisiana. The Bankruptcy Court will consider the Bid Procedures and Sale Motion during a telephonic hearing on June 17, 2021 at 1:30 p.m. [Bankruptcy Court, ECF No. 890].

7.

The Debtor intends to negotiate with the Tort Committee, the Commercial Committee, and other parties-in-interest about potential plans of reorganization to consensually resolve the Chapter 11 Case.

[*Signature Page Follows*]

Respectfully submitted,

*/s/ Michael L. DeShazo*_____
Michael L. DeShazo (#29833)
Christine W. Adams (#34414)
KINNEY, ELLINGHAUSEN & DESHAZO
1250 Poydras Street, Suite 2450
New Orleans, Louisiana 70113
Telephone: 504-524-0206
Fax: 504-525-6216
Email: mdeshazo@kinneylaw.com
cadams@kinneylaw.com

***Attorneys for Defendants, The Roman Catholic Church of the Archdiocese of New Orleans, Rebecca Lambert, and Amanda Lassus***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of June 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

/*s/ Michael L. DeShazo*
Michael L. DeShazo