# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN THEOBOLD & GINA REIS THEOBALD ON BEHALF OF THEIR MINOR CHILD, LAUREN THEOBOLD, <br><br> Plaintiff, <br><br> vs. <br><br> THE ROMAN CATHOLIC ARCHDIOCESE OF NEW ORLEANS, ARCHBISHOP HANNAN HIGH SCHOOL, REBECCA HOLIDAY LAMBERT, AND AMANDA LASSUS, <br><br> Defendants. | CIVIL ACTION NO.: 20-1695 <br><br> JUDGE GREG G. GUIDRY <br><br> MAGISTRATE JUDGE KAREN WELLS ROBY |

### THIRD STATUS REPORT REGARDING BANKRUPTCY OF DEFENDANT, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

Pursuant to this Court's Order [R. Doc. 8], Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**"), through undersigned counsel, hereby submits the following update regarding the status of its bankruptcy case:

1.

As detailed in the Archdiocese's First and Second Status Reports submitted on March 4, 2021 [R. Doc. 9] and June 1, 2021 [R. Doc. 10], respectively, the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") on May 1, 2020. *See In re The Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846 (Bankr. E.D. La.) (the "**Chapter 11 Case**").

2.

On July 1, 2021, the Bankruptcy Court issued an order that authorized the Debtor to auction and sell unused property commonly known as 4119 St. Elizabeth Drive, located in Kenner, Louisiana. [Bankruptcy Court, ECF No. 926]. The successful bidder at the court-approved auction, held on August 13, 2021, offered $1,870,000. The Court approved the sale to the successful bidder in an order dated August 18, 2021. [Bankruptcy Court, ECF No. 1011].

3.

On July 1, 2021, the Official Committee of Unsecured Creditors (the "**Original Committee**" or "**Tort Committee**") filed its *Motion for Order Reopening Abuse Claims Bar Date for Additional 60-Day Period* [Bankruptcy Court, ECF No. 927] (the "**Motion to Reopen**"). After conducting a hearing on July 22, 2021, the Bankruptcy Court denied the Motion to Reopen. [Bankruptcy Court, ECF Nos. 966 and 1021].

4.

On July 20, 2021, the Bankruptcy Court entered an order [Bankruptcy Court, ECF No. 949] that granted the Debtor's third motion to extend its exclusivity periods for filing and soliciting acceptances of a chapter 11 plan [Bankruptcy Court, ECF No. 914]. The order extended the period during which the Debtor has the exclusive right to file a chapter 11 plan to and including November 1, 2021, while it expanded the period during which the Debtor has the exclusive right to obtain acceptances of a chapter 11 plan to and including January 3, 2022.

5.

On August 4, 2021, the Bankruptcy Court issued a *Memorandum Opinion and Order* [Bankruptcy Court, ECF No. 991] that denied the Tort Committee's *Motion to Dismiss Chapter 11 Case* [Bankruptcy Court, ECF No. 203]. The Tort Committee filed a *Motion to Amend Findings*

*Entered Under August 4, 2021 Memorandum Opinion and Order* [Bankruptcy Court, ECF No. 1005] (the "**Motion to Amend**"), which motion was later joined by two holders of sexual abuse claims, James Doe and Ed Roe [Bankruptcy Court, ECF Nos. 1007 and 1008]. Those same claimants also filed a Notice of Appeal [Bankruptcy Court, ECF No. 1009]. The Motion to Amend is set for hearing before the Bankruptcy Court on October 21, 2021 at 1:30 p.m. [Bankruptcy Court, ECF Nos. 1006 and 1051].

6.

On August 18, 2021, the Bankruptcy Court entered an order that authorized the appointment of Michael R. Hogan as the "Unknown Tort Claims Representative" to represent "Unknown Tort Claimants." [Bankruptcy Court, ECF No. 1012].

7.

During a hearing held on August 19, 2021, the Bankruptcy Court preliminarily approved a joint motion of the Debtor and the Tort Committee to appoint the Honorable Gregg W. Zive to serve as mediator, which is contingent on the approval of Chief Circuit Judge Priscilla R. Owen. [Bankruptcy Court, ECF No. 1020].

8.

On August 26, 2021, the Debtor filed its *Motion for Entry of an Order (I) Approving Settlement Agreement with the United States of America and Robert Romero, Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief* [Bankruptcy Court, ECF No. 1032], which seeks approval of an agreement to settle claims arising under the False Claims Act. A hearing on this motion is scheduled for October 21, 2021. [Bankruptcy Court, ECF Nos. 1033 and 1051].

9.

The Debtor and the Tort Committee continue to engage in good-faith discussions regarding the status of the Debtor's production in connection with the Tort Committee's motion to compel [Bankruptcy Court, ECF No. 804]. The Bankruptcy Court will conduct a virtual hearing to discuss e-discovery matters on September 17, 2021 at 3:30 p.m. [Bankruptcy Court, ECF Nos. 1051 and 1054].

Respectfully submitted,

*/s/ Michael L. DeShazo*
Michael L. DeShazo (#29833)
Christine W. Adams (#34414)
KINNEY, ELLINGHAUSEN & DESHAZO
1250 Poydras Street, Suite 2450
New Orleans, Louisiana  70113
Telephone: 504-524-0206
Fax: 504-525-6216
Email: mdeshazo@kinneylaw.com
cadams@kinneylaw.com

***Attorneys for Defendants, The Roman Catholic Church of the Archdiocese of New Orleans, Rebecca Lambert, and Amanda Lassus***

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of September 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

/*s/ Michael L. DeShazo*
Michael L. DeShazo