# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN THEOBOLD & GINA REIS THEOBALD ON BEHALF OF THEIR MINOR CHILD, LAUREN THEOBOLD,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHDIOCESE OF NEW ORLEANS, ARCHBISHOP HANNAN HIGH SCHOOL, REBECCA HOLIDAY LAMBERT, AND AMANDA LASSUS,<br><br>Defendants. | CIVIL ACTION NO.: 20-1695<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

**TWELFTH STATUS REPORT REGARDING BANKRUPTCY OF DEFENDANT, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

Pursuant to this Court's Order [R.Doc. 8] Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**"), through undersigned counsel, hereby submits the following update regarding the status of its bankruptcy case:

1.

As detailed in the Archdiocese's prior Status Reports submitted on March 4, 2021, [R.Doc. 9], June 1, 2021, [R.Doc. 10], September 14, 2021 [R.Doc. 11], December 7, 2021 [R.Doc. 12], March 3, 2022 [R.Doc. 13], June 1, 2022 [R.Doc. 14], August 30, 2022 [R. Doc. 15], November 29, 2022 [R.Doc.16], February 28, 2023 [R. Doc. 17], May 26, 2023 [R.Doc. 20], and August 28, 2023 [R.Doc. 21] respectively, the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") on May 1, 2020. *See In re*

*The Roman Catholic Church of the Archdiocese of New Orleans*, Case No. 20-10846 (Bankr. E.D. La.) (the "**Chapter 11 Case**").

2.

The Debtor and the Mediation Parties continue to engage in good-faith discussions regarding the state of the Chapter 11 Case and path forward.

                Respectfully submitted,

                */s/ Michael L. DeShazo*
                Michael L. DeShazo (#29833)
                Christine W. Adams (#34414)
                DESHAZO ADAMS, LLC
                1250 Poydras Street, Suite 2450
                New Orleans, Louisiana 70113
                Telephone:    504-370-3201
                Email:        mdeshazo@deshazoadams.com
                                      cadams@deshazoadams.com

                ***Attorneys for Defendants, The Roman Catholic Church of the Archdiocese of New Orleans, Rebecca Lambert, and Amanda Lassus***

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of November 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

                */s/ Michael L. DeShazo*
                Michael L. DeShazo